JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER HUANG, on behalf of HYW LIMITED PARTNERSHIP,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF LOS ANGELES, a municipal corporation; AND DOES 1 THROUGH 10 INCLUSIVE,<br><br>　　　　　Defendants. | CASE NO. CV 13-07698 MMM (AJWx)<br><br>JUDGMENT FOR DEFENDANT |

On March 10, 2014, the court granted defendant City of Los Angeles' motion to dismiss plaintiff HYW Limited Partnership's ("HYW") complaint with leave to amend. On March 14, 2014, HYW filed a notice of election not to amend in accordance with the procedure for so doing set forth in *Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1063-64 (9th Cir. 2004), and *WMX Technologies, Inc. v. Miller*, 104 F.3d 1133,1136 (9th Cir. 1997) (en banc). Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff take nothing by way of its complaint; and
2. That the action be, and it hereby is, dismissed.

DATED: March 31, 2014

　　　　　　　　　　　　　　　　　　　　　／s／ Margaret M. Morrow
　　　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE