closed

FILED
CLERK, U.S. DISTRICT COURT
MAY 02, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Roger Huang, General Partner on behalf of HYW Limited Partnership,* <br><br> **Plaintiff,** <br><br> v. <br><br> *City of Los Angeles, a municipal corporation,* <br><br> **Defendant.** | CASE NO. CV 13-7698-MMM (AJW) <br><br> **JUDGMENT** |

Pursuant to our Order entered on this date, this action is dismissed, without prejudice, for lack of subject matter jurisdiction.

**IT IS SO ORDERED**.

DATED: May 2, 2016

_____
GEORGE H. KING
Chief United States District Judge